United States Bankruptcy Court
District of Massachusetts

In re:  
Jose Luiz Ferreira  
Sandra Lucia Ferreira  
    Debtors

Case No. 10-17526-wch  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: kc     Page 1 of 1     Date Rcvd: Jun 27, 2011  
                      Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2011.  
db/jdb     +Jose Luiz Ferreira,   Sandra Lucia Ferreira,   226 Essex St,   Saugus, ma 01906-4252  
aty        +Carmenelisa Perez-Kudzma,   Perez-Kudzma Law Office,   66 Jericho Road,   Weston, MA 02493-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**             **Signature:** *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT- DISTRICT OF MASSACHUSETTS

In Re: FERREIRA, JOSE  Chapter 13 # - 10-17526-WCH
SSN: XXX-XX-5050
FERREIRA, SANDRA
SSN: XXX-XX-7450

MOTION OF THE CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS /RESPONSES

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee (the "Trustee") and respectfully moves that this Court enter an Order dismissing this case, and for reasons states as follows:

1. On 07/12/2010, the above captioned debtor (the "Debtor") filed a petition relief under Chapter 13 of the United State's Bankruptcy Code.

2. The Court entered an Order confirming the Debtor's Plan, effective 08/01/2010. The Debtor is in arrears according to the terms of the proposed plan totaling $ 4,592.00, which is equal to 5.30 months of plan payments. **This amount does not include the current month and may increase prior to hearing**.  Failure to make timely payments to the Trustee is a material default with respect to the confirmed plan and is "cause" for dismissal within the meaning of 11 U.S.C. § 1307(c)(4).

**Notice is given that any responses and /or objections to this motion are to be filed within twenty one (21) days of this date of service.**  If no timely objections/ responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,

/s/  Carolyn A. Bankowski
Carolyn A. Bankowski BBO #631056
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

Date: 05/31/2011

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Motion was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

JOSE FERREIRA
SANDRA FERREIRA
226 ESSEX STREET
SAUGUS, MA 01906-

CARMENELISA PEREZ- KUDZMA, ESQ.
PEREZ-KUDMA LAW OFFICE
66 JERICO ROAD
WESTON, MA 02493-           /s/ Carolyn A. Bankowski
05/31/2011

06/27/2011 Granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: FERREIRA, JOSE                    Chapter 13 # - 10-17526-WCH
SSN: XXX-XX-5050
FERREIRA, SANDRA
SSN:  XXX-XX-7450

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated:_____

_____
U.S. Bankruptcy Judge